In the Matter of the Estate of FRANK JENNINGS, Deceased.
CHAUNCEY M. DEPEW, as Administrator of the Estate of FRANK JENNINGS, Deceased, Appellant; JULIA LAMA, Respondent.

Argued May 22, 1940; decided June 11, 1940.

*Joseph A. McCabe* for appellant.

*John E. Mack* and *Benson R. Frost* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J.